*Patterson, J*

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERGIS GAMEL )<br>    Plaintiff, )<br> )<br>V. )<br> )<br>MICHAEL CHERTOFF, Secretary )<br>Department of Homeland Security; )<br>EMILIO T. GONZALEZ, Director )<br>U.S. Citizenship and Immigration Services; )<br>ANDREA QUARANTILLO, Director )<br>New York District Office of the U.S. Citizenship )<br>and Immigration Services; )<br>ALBERTO GONZALES, Attorney General )<br>Of the United States; )<br>ROBERT MUELLER III, Director )<br>Federal Bureau of Investigations )<br>_____ ) | Case No.: 07-cv-3276<br><br>Judge Robert P. Patterson, Jr |

## PROPOSED ORDER

The case cited above, Case No. 07-cv-3276, was opened in this Court on April 24, 2007. The Plaintiff, Mr. Gergis Gamel, does not reside within the jurisdiction of this Court. As a resident of Richmond County, New York, the Plaintiff's case finds proper jurisdiction with the U.S. District Court for the Eastern District of New York.

Counsel seeks relief for this error by transferring this case to the court with jurisdiction. I hereby order that this case be transferred, as filed, to the proper venue at the U.S. District Court for the Eastern District of New York.

SO ORDERED

Dated: New York, New York
      April 26, 2007

*[signature]*
ROBERT P. PATTERSON, JR
U.S.D.J.